FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Phillips 457973
(Last Name) (Identification Number)

Ernest
(First Name) (Middle Name)

Harrison County ADC
(Institution)

4506 Marlena St Unit 15 Bossier City LA-71111
(Address)

(Enter above the full name of the plaintiff prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2025
BY ARTHUR JOHNSTON
DEPUTY

V.

Harrison County

CIVIL ACTION NUMBER: 1:25cv201 LG-BWR
(to be completed by the Court)

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): N/A

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: __Ernest Phillips__ Prisoner Number: __457973__

Address: __Harrison County ADC__
__4506 Marlena St unit 15__
__Bossier City L.A. 71111__

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: __Harrison County__ is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: __Ernest Phillips 457973__ ADDRESS: __Harrison County ADC__
__4506 Marlena St unit 15__
__Bossier City L.A. 71111__

DEFENDANT(S):

NAME: __Harrison County__ ADDRESS: _____

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✓)  No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )  No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )  No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )  No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✓)  No ( ), if so, state the results of the procedure: __I wrote Grevance Form want to Stop J__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (✓)  No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): __I wrote Grevance form They where ignored I was told It was not a grevance__

   3. State the date your claims were presented: __3/18/25__

   4. State the result of the procedure: __I was told that my Complaint was Not a Grevance__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I've Been locked up in Harrison County for 18 months I've not Been indicted my rights of Due process has Been violated When I write request or Grevance Forms They are ignored or I'm told that my complaint is not a Grevance

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Monitary Compesation and Dismissal or a No true Bill

Signed this 21 day of June, 20 25

Ernest [signature] 45797
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

6-21-2025
(Date)

Ernest [signature] 45797
Signature of plaintiff

4