# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ERNEST PHILLIPS**                                                                 **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:25CV201-LG-BWR**

**HARRISON COUNTY**                                                             **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE